on October third.  Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

In the Matter of the Application of SAMUEL C. GRIFFIN for an Order Compelling Delivery to Him by HITCHCOCK, MURPHY, MAWHINNEY & COHEN, of a Check Received by Them as Such Attorneys, and to Determine Attorneys' Lien. — Appeal dismissed, unless appellant shall be ready for argument on October sixth.  Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

ANNA HEARY, Respondent, v. BURKHARDT DEVELOPMENT CORPORATION, Appellant.— Motion granted and appeal dismissed, with costs.  Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

WASMUTH ENDICOTT COMPANY, Respondent, v. THOMAS H. EDDY, Appellant. — Motion granted and appeal dismissed.  Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

In the Matter of the Estate of PETER SAMSON, Deceased.— Appeal dismissed, unless appellant shall file and serve printed papers and printed briefs by October third and shall be ready for argument on October sixth.  Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

MINNIE BLINZLER, Respondent, v. VILLAGE OF KENMORE, Appellant, Impleaded with Another.— Stay of trial granted until five days after hearing and determination of appeal upon condition that appellant shall be ready for argument October second.  Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

In the Matter of the Punishment of ANNA M. KERNER, Surety, for Contempt of Court Arising Out of an Undertaking on Appeal, etc., in an Action Entitled County Court, County of Oneida: DOMINICK D. MARTINO, an Infant, etc., and Another, Respondents, v. PIUS KERNER, Doing Business under the Firm Name and Style of KERNER MOTOR TRUCK COMPANY, Defendant; ANNA M. KERNER, Surety, Appellant.— Motion to dismiss appeal denied.  Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

In the Matter of the Estate of ANDREW DAVIS, Deceased.— Motion to dismiss appeal denied, upon condition that appellant shall within ten days perfect the appeal by giving the undertaking required by section 298 of the Surrogate's Court Act, and pay to respondent's attorney ten dollars, and shall file and serve printed papers and printed briefs by November first.  Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

HAROLD F. ELDRIDGE, Appellant, v. WILLIAM A. ROGERS, LIMITED, Respondent.— Appeal dismissed, unless appellant shall file and serve printed papers and briefs by November first.  Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

LOUIS ZIEGLER, Appellant, v. INTERNATIONAL RAILWAY COMPANY, Respondent.— Appeal dismissed, unless appellant shall file and serve printed papers and briefs by October fourth.  Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

ROBERT G. HOFFMAN, Respondent, v. HENRY L. CRITTENDEN, Appellant.— Motion to dismiss appeal from order entered July 19, 1930, denied.  Appeal from order made March 31, 1930, dismissed, unless appellant shall be ready for argument September thirtieth.  Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

WILLIAM R. SOWREY, Respondent, v. ARTHUR G. ROHLOFF and Others, Appel